UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LARHONDA BIGGLES, as ADMINISTRATRIX OF THE ESTATE OF JAQUAREE SIMMONS, Plaintiff, | § § § § § § | |
| v. | § § | Civil Action No.: 4:22-cv-3326 |
| HARRIS COUNTY, TEXAS, *et. al*, Defendants. | § § § | |

## DEFENDANT HARRIS COUNTY'S CERTIFICATE OF INTERESTD PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant HARRIS COUNTY files this Certificate of Interested Parties. In support of said certificate, Harris County identifies the following persons whom it believes may have a financial interest in this litigation as of the date of this certificate:

1. Larhonda Biggles, Plaintiff, c/o John J Coyle, McEldrew Purtell, 123 S. Broad St., Suite 2250, Philadelphia, PA 19109 and Daniel Cienfuegos, Jr., AK Law Firm, 3501 Allen Parkway, Houston, TX 77019.

2. Estate of Jaquaree Simmons, Plaintiff, c/o John J Coyle, McEldrew Purtell, 123 S. Broad St., Suite 2250, Philadelphia, PA 19109 and Daniel Cienfuegos, Jr., AK Law Firm, 3501 Allen Parkway, Houston, TX 77019.

3. Harris County, Defendant, c/o Jennifer Callan and Greg Burnett, Sr. Assistant County Attorneys, Harris County Attorney's Office, 1019 Congress, Houston, TX 77002.

4. Chadwick Westmoreland, Defendant, c/o David Adler, David Adler P.C., 6750 West Loop South, Suite 120, Bellaire, Texas 77401. Defendant has only filed a waiver of service as of the date of this certificate.

5. Garland Barrett. Named as a defendant but has not made an appearance in this case as of the date of this certificate.

1

6. Patricia Brummett. Named as a defendant but has not made an appearance in this case as of the date of this certificate.

7. Joshua Dixon. Named as a defendant but has not made an appearance in this case as of the date of this certificate.

8. Alysheia Mallety. Named as a defendant but has not made an appearance in this case as of the date of this certificate.

9. Israel Martinez. Named as a defendant but has not made an appearance in this case as of the date of this certificate.

10. Eric Morales. Named as a defendant but has not made an appearance in this case as of the date of this certificate.

11. Alfredo Rodriguez. Named as a defendant but has not made an appearance in this case as of the date of this certificate.

12. Daniel Rodriguez. Named as a defendant but has not made an appearance in this case as of the date of this certificate.

13. Antonio Barrera. Named as a defendant but has not made an appearance in this case as of the date of this certificate.

14. Jeremy McFarland. Named as a defendant but has not made an appearance in this case as of the date of this certificate.

15. Alexandra Saucier. Named as a defendant but has not made an appearance in this case as of the date of this certificate.

16. Ralph Tamayo. Named as a defendant but has not made an appearance in this case as of the date of this certificate.

17. Dana Walker. Named as a defendant but has not made an appearance in this case as of the date of this certificate.

18. Benny Galindez. Named as a defendant but has not made an appearance in this case as of the date of this certificate.

19. Rene Villaloboz. Named as a defendant but has not made an appearance in this case as of the date of this certificate.

20. Jacob Ramirez. Named as a defendant but has not made an appearance in this case as of the date of this certificate.

21. Kelvin Shephard. Named as a defendant but has not made an appearance in this case as of the date of this certificate.

22. Juana Patel. Named as a defendant but has not made an appearance in this case as of the date of this certificate.

                              Respectfully submitted,

OF COUNSEL:

CHRISTIAN MENEFEE
TEXAS BAR NO. 24088049
HARRIS COUNTY ATTORNEY

Date: February 24, 2023.      By:    */s/ Jennifer F. Callan*
                                                  JENNIFER F. CALLAN
                                                  Assistant County Attorney
                                                  ATTORNEY-IN-CHARGE
                                                  State Bar No. 00793715
                                                  Fed. Bar No. 22721
                                                  Tel: (713) 274-5146 (direct)
                                                  Fax: (713) 755-8823
                                                  jennifer.callan@harriscountytx.gov

                                                  GREGORY BURNETT
                                                  Sr. Assistant County Attorney
                                                  State Bar No. 24057785
                                                  Fed. Bar No. 3785139
                                                  Tel: (713) 274-5224 (direct)
                                                  gregory.burnett@harriscountytx.gov

                                                  Harris County Attorney's Office
                                                  1019 Congress
                                                  Houston, Texas 77002

                                                  **Attorneys for Defendant Harris County**

**CERTIFICATE OF SERVICE**

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following:

| | |
|---|---|
| John J Coyle | Daniel Cienfuegos, Jr. |
| McEldrew Purtell | AK Law Firm |
| 123 S. Broad St., Suite 2250 | 3501 Allen Parkway |
| Philadelphia, PA 19109 | Houston, TX 77019 |

*/s/ Jennifer F. Callan*
Jennifer F. Callan