UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **LARHONDA BIGGLES, as ADMINISTRATRIX OF THE ESTATE OF JAQUAREE SIMMONS,** § § § § § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil Action No.: 4:22-cv-3326 | |
| § | | |
| **HARRIS COUNTY, TEXAS,** *et. al*, § | | |
| Defendants. § | | |

## JOINT MOTION FOR ENTRY OF CONFIDENTIALITY AND PROTECTIVE ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff LARHONDA BIGGLES, as Administratrix of the Estate of Jaquaree Simmons, and Defendant HARRIS COUNTY (collectively "the Parties") agree that discovery sought in this action may require the disclosure of certain confidential information, documents, and material. Accordingly, the Parties have agreed to the terms to be used to govern the designation and protection of such information and documents. *See* attached the proposed Agreed Confidentiality and Protective Order marked as Exhibit "1." The Parties respectfully request the Court to sign and enter the Agreed Confidentiality and Protective Order [Ex. #1] submitted with this motion.

(signatures follow on next page)

Respectfully submitted,

Date: Feb. 24, 2023.   By:   */s/ John J. Coyle* (with permission)
JOHN J. COYLE – admitted *pro hac vice*
ATTORNEY-IN-CHARGE
State Bar No. 312084 (Pennsylvania)
McEldrew Purtell
123 South Broad Street, Suite 2250
Philadelphia, PA19109
Tel.: (215) 545-8800, ext. 103
jcoyle@mceldrewpurtell.com

DANIEL CIENFUEGOS, JR.
State Bar No. 24069509
Fed Bar No. 2247723
Kumar Law Firm
3501 Allen Parkway
Houston, TX 77018
Tel.: (832) 699-5559
daniel@kumarfirm.com

**Attorney for Plaintiff**

OF COUNSEL:

CHRISTIAN MENEFEE
TEXAS BAR NO. 24088049
HARRIS COUNTY ATTORNEY

Date: Feb 24., 2023.   By:   */s/ Jennifer F. Callan*
JENNIFER F. CALLAN
Assistant County Attorney
ATTORNEY-IN-CHARGE
State Bar No. 00793715
Fed. Bar No. 22721
Tel: (713) 274-5146 (direct)
Fax: (713) 755-8823
jennifer.callan@harriscountytx.gov

GREGORY BURNETT
Sr. Assistant County Attorney
State Bar No. 24057785
Fed. Bar No. 3785139
Tel: (713) 274-5224 (direct)
gregory.burnett@harriscountytx.gov

Harris County Attorney's Office
1019 Congress
Houston, Texas 77002

**Attorneys for Defendant Harris County**

## CERTIFICATE OF SERVICE

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following:

| | |
|---|---|
| John Coyle | Daniel Cienfuegos, Jr. |
| McEldrew Purtell | Kumar Law Firm |
| 123 South Broad Street, Suite 2250 | 3501 Allen Parkway |
| Philadelphia, PA 19109 | Houston, TX 77018 |

*/s/ Jennifer F. Callan*
Jennifer F. Callan