## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **LARHONDA BIGGLES, as ADMINISTRATRIX OF THE ESTATE OF JAQUAREE SIMMONS,** § § § § | | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No.: 4:22-cv-3326 |
| **HARRIS COUNTY, TEXAS, *et. al*,** Defendants. | § § § | |

## **ORDER**

On this day, the Court considered Plaintiff and Defendant Harris County's Joint Motion for Entry of Confidentiality and Protective Order in the above entitled and numbered cause. After reviewing said motion and considering the Court's file, the Court is of the opinion that said motion should be GRANTED.

IT IS THEREFORE, ORDERED AND ADJUDGED that Plaintiff and Defendant Harris County's Joint Motion for Entry of Confidentiality and Protective Order by GRANTED and that the proposed order attached as Exhibit "1" to said motion be entered by the Clerk.

SIGNED _____, 2023.

_____
CHARLES ESKRIDGE
United States District Judge