UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LARHONDA BIGGLES, as ADMINISTRATRIX OF THE ESTATE OF JAQUAREE SIMMONS,<br>　　Plaintiff,<br><br>v.<br><br>HARRIS COUNTY, TEXAS, *et. al*,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.: 4:22-cv-3326 |

## NOTICE OF APPEARANCE AS CO-COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

1.　Gregory Burnett, Assistant County Attorney, hereby makes an appearance as additional counsel of record for Defendant HARRIS COUNTY. As additional counsel, Mr. Burnett is authorized to receive service of all pleadings, notices, orders, and other papers in the above captioned matter. Mr. Burnett respectfully requests that notification of all filings in this case be sent to him electronically or via mail at:

　　GREGORY BURNETT
　　Assistant County Attorney
　　Harris County Attorney's Office
　　1019 Congress
　　Houston, Texas 77002
　　gregory.burnett@harriscountytx.gov

2.　Jennifer Callan will remain as Attorney-In-Charge for Defendant Harris County.

3.　No prejudice will occur to any of the parties with this filing.

                                        Respectfully submitted,

OF COUNSEL:

CHRISTIAN MENEFEE  
TEXAS BAR NO. 24088049  
HARRIS COUNTY ATTORNEY

Date: February 27, 2023.　　　　　　　JENNIFER F. CALLAN  
　　　　　　　　　　　　　　　　　　Senior Assistant County Attorney  
　　　　　　　　　　　　　　　　　　ATTORNEY-IN-CHARGE  
　　　　　　　　　　　　　　　　　　State Bar No. 00793715  
　　　　　　　　　　　　　　　　　　Fed. Bar No. 22721  
　　　　　　　　　　　　　　　　　　Tel: (713) 274-5146 (direct)  
　　　　　　　　　　　　　　　　　　Fax: (713) 755-8823  
　　　　　　　　　　　　　　　　　　jennifer.callan@harriscountytx.gov

　　　　　　　　　　　　　　　　By:　*/s/ Gregory Burnett*  
　　　　　　　　　　　　　　　　　　GREGORY BURNETT  
　　　　　　　　　　　　　　　　　　Assistant County Attorney  
　　　　　　　　　　　　　　　　　　State Bar No. 24057785  
　　　　　　　　　　　　　　　　　　Fed. Bar No. 3785139  
　　　　　　　　　　　　　　　　　　Tel: (713) 274-5224 (direct)  
　　　　　　　　　　　　　　　　　　gregory.burnett@harriscountytx.gov

　　　　　　　　　　　　　　　　　　Harris County Attorney's Office  
　　　　　　　　　　　　　　　　　　1019 Congress  
　　　　　　　　　　　　　　　　　　Houston, Texas 77002

　　　　　　　　　　　　　　　　　　**Attorneys for Defendant Harris County**

## **CERTIFICATE OF SERVICE**

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following:

| | |
|---|---|
| John J Coyle | Daniel Cienfuegos, Jr. |
| McEldrew Purtell | AK Law Firm |
| 123 S. Broad St., Suite 2250 | 3501 Allen Parkway |
| Philadelphia, PA 19109 | Houston, TX 77019 |

*/s/ Gregory Burnett*
Gregory Burnett