CAUSE NO. 4:22-CV-03326

| | |
|---|---|
| LARHONDA BIGGLES § | |
| § | |
| Plaintiff, § | |
| VS. § | |
| § | |
| HARRIS COUNTY, TEXAS, ET AL. § | |
| Defendant. § | IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION |

## AFFIDAVIT OF SERVICE

"The following came to hand on **Feb 22, 2023, 10:18 pm**,

**SUMMONS IN A CIVIL ACTION & FIRST AMENDED CIVIL ACTION COMPLAINT,**

and was executed at **2604 Williamsburg Dr, Pasadena, TX 77502** within the county of **Harris** at **11:20 AM** on **Thu, Mar 02 2023**, by delivering a true copy to the within named

**ERIC MORALES**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Lucious G. Buggs IV**, my date of birth is **10/24/1970**, and my address is **7535 Cypress Edge Dr, Cypress, TX 77433**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **HARRIS** County, State of **TX**, on **March 02, 2023**.

_____

**Lucious G. Buggs IV**
Certification Number: PSC 4127
Certification Expiration: 08/31/2024