UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LARHONDA BIGGLES, | § | CIVIL ACTION NO |
| Plaintiff, | § | 4:22-cv-03326 |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| HARRIS COUNTY, | § | |
| TEXAS, *et al*, | § | |
| Defendants. | § | |

## ORDER

The individual unopposed motions by Defendants Patricia Brummett, Jeremy McFarland, and Daniel Rodriguez to stay discovery are GRANTED. Dkts 77, 78 & 79.

This matter is STAYED and ADMINISTRATIVELY CLOSED,

This matter may be reopened on the active docket upon notice and request when proceedings on any related indictments are concluded.

SO ORDERED.

Signed on  March 16, 2023 , at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge