## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **LARHONDA BIGGLES, as ADMINISTRATRIX OF THE ESTATE OF JAQUAREE SIMMONS,** | § § § § § § | |
| Plaintiffs, | § § | **Case Number  4:22-CV-3326** |
| v. | § § § § | |
| **HARRIS COUNTY, TEXAS,** *et. al*, | § | |
| Defendants. | | |

### DEFENDANT ANTONIO BARRERA'S NOTICE OF APPEARANCE

TO THE HONORABLE CHARLES ESKRIDGE:

Please be advised that Attorneys Robert H. Ford, as lead counsel, and Whitney Wester with the firm Bradley Arant Boult Cummings, LLP, are hereby entering a Notice of Appearance to represent Antonio Barrera in connection with the above styled case. Mr. Ford and Ms. Wester's contact information is as follows:

Robert H. Ford
Texas Bar No.: 24074219
Federal ID No. 1392569
Whitney Wester
Texas Bar No.: 24080420
Federal ID No. 3392409
BRADLEY ARANT BOULT CUMMINGS LLP
600 Travis, Suite 5600
Houston, Texas 77002
Telephone: (713) 576-0300
Facsimile: (713) 576-0301

Respectfully submitted this 17th day of March, 2023.

**BRADLEY ARANT BOULT CUMMINGS LLP**

*/s/ Robert H. Ford*
**Robert H. Ford**
Attorney-in-Charge
Texas Bar No.: 24074219
Federal ID No. 1392569
**Whitney Wester**
Texas Bar No.: 24080420
Federal ID No. 3392409
600 Travis, Suite 5600
Houston, Texas 77002
Telephone: (713) 576-0300
Facsimile: (713) 576-0301
rford@bradley.com
wwester@bradley.com

**COUNSEL FOR DEFENDANT ANTONIO BARRERA**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document has been forwarded to all known counsel of record, pursuant to the Federal Rules of Civil Procedure via e-service, e-mail, certified mail, return receipt requested, via facsimile transmission and/or via email on this the 17th day of March.

*/s/ Robert H. Ford*
Robert H. Ford