UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LARHONDA BIGGLES, as ADMINISTRATRIX OF THE ESTATE OF JAQUAREE SIMMONS,<br>　　Plaintiff, | §<br>§<br>§<br>§<br>§<br>§ | |
| v. | § | Civil Action No.: 4:22-cv-3326 |
| HARRIS COUNTY, TEXAS, *et. al*,<br>　　Defendants. | §<br>§<br>§<br>§ | |

## DEFENDANT HARRIS COUNTY'S NOTICE OF DESIGNATION OF ATTORNEY-IN-CHARGE AND NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant HARRIS COUNTY files this Notice of Designation of Attorney-in-Charge and Notice of Appearance. Harris County gives notice as follow:

1. Attorney-in-charge for Harris County will be Stan Clark, Senior Assistant County Attorney. Mr. Clark is appearing as Attorney-In-Charge in place of Jennifer F. Callan. Ms. Callan's motion to withdraw as counsel has been filed (Document 90).

2. Mr. Clark requests and is authorized to receive service of all pleadings, notices, orders and other papers in the above captioned matter. He requests that CM/ECF notification of all filings in this case be sent to him at:

　　STAN CLARK
　　Senior Assistant County Attorney
　　1019 Congress
　　Houston, Texas 77002
　　Tel.: (713) 274-5117 (direct)
　　Stan.Clark@harriscountytx.gov

3.  No prejudice will occur to any of the parties with this filing.

                              Respectfully submitted,

OF COUNSEL:

CHRISTIAN D. MENEFEE
TEXAS BAR NO. 24088049
HARRIS COUNTY ATTORNEY

Date: March 23, 2023.          By:   */s/ Stan Clark*
                                             STAN CLARK
                                             Senior Assistant County Attorney
                                             ATTORNEY-IN-CHARGE
                                             State Bar No. 24062666
                                             Federal ID No. 3121992
                                             Tel.: (713) 274-5117 (direct)
                                             Stan.Clark@harriscountytx.gov
                                             Harris County Attorney's Office
                                             1019 Congress
                                             Houston, Texas 77002

                                             **Attorney for Defendant Harris County**

**CERTIFICATE OF SERVICE**

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on the following:

- John J Coyle, McEldrew Purtell, 123 S. Broad St., Suite 2250, Philadelphia, PA 19109; and Daniel Cienfuegos, Jr., AK Law Firm, 3501 Allen Parkway, Houston, TX 77019. Attorneys for Plaintiff

- David Nachtigall, David Nachtigall Attorney at Law, PLLC, 1545 Heights, Suite 100, Houston, Texas 77008. Attorney for Defendants Galindez and Villaloboz

- Richard Kuniansky, Kuniansky & Associates, 440 Louisiana, Suite 1440, Houston, Texas 77002. Attorney for Defendants Brummett, D. Rodriguez and McFarland

- David Adler, 6750 W. Loop S., Suite #120, Bellaire, Texas 77401. Attorney for Defendants Barrett, Mallety, Westmoreland, Saucier and Walker

                                    */s/ Stan Clark*
                                    Stan Clark