| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cv-03326 |
|---|---|---|---|

| LARHONDA BIGGLES, as ADMINISTRATRIX OF THE ESTATE OF JAQUAREE SIMMONS |
|---|
| *versus* |
| HARRIS COUNTY, TEXAS, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Stephen Weil<br>LOEVY & LOEVY<br>311 N. Aberdeen St. 3rd Floor<br>Chicago, IL 60607<br>weil@loevy.com, 312-243-5900<br>Illinois, ARDC #: 6291026 |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiff, LARHONDA BIGGLES |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: 12/8/2023 | Signed: /s/ Stephen Weil |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:    Clerk's signature |

| **Order** | **This lawyer is admitted *pro hac vice*.** |
|---|---|

Dated: _____       _____
                                                                                   United States District Judge