# Harris County Criminal District Docket Sheet

| | |
|---|---|
| **THE STATE OF TEXAS VS. MORALES, ERIC**<br>**Cause No.:** 180533401010-3  **Court:** 174th<br>**Offense:** MANSLAUGHTER  **Level:** 2nd Degree Felony<br>**Charging Instrument:** Felony Indictment<br><br>**GENERAL ORDERS OF THE COURT** | **Bond:** $100,000<br>**Set:** 02/07/2023<br>**Next Setting:**<br>**Case Disposition:**<br>**Case Status:** Active - CRIMINAL<br>**Defendant Status:** Bond Made |

### Docket Sheet Entries

| Date | Comment |
|---|---|
| 2/2/2023 | GRAND JURY ACTION: Felony Indictment GJ COURT: 176<br>OFFENSE: MANSLAUGHTER    2nd Degree Felony<br>BOND AMOUNT: $0; Exception: REFER TO MAGISTRATE |
| 2/2/2023 | CAPIAS ISSUED–INDICTMENT<br>BOND AMOUNT: $0 |
| 2/2/2023 | Precept issued to serve copy of indictment |
| 2/6/2023 | ORDER: FINANCIAL AFFIDAVIT FILED |
| 2/6/2023 | DEFENDANT NOT PRESENT    , 2/08/2023 09:00 AM Preliminary Assigned Court Appearance |
| 2/7/2023 | Bond Raised to $100,000 |
| 2/7/2023 | BOND RAISED TO $100,000 |
| 2/7/2023 | PC Previously Found |
| 2/7/2023 | BOND APPROVED AMOUNT $100,000<br>TYPE: SURETY TIME: 1116<br>BONDSMAN: ACC-BLACKWOOD JR, EDWARD |
| 2/7/2023 | BOND FILED AMOUNT $100,000<br>TYPE: SURETY TIME: 2135<br>BONDSMAN: ACC-BLACKWOOD JR, EDWARD |
| 2/7/2023 | ORDER: DEFENDANT NOT PRESENT 2200 DOCKET |
| 2/7/2023 | ORDER: FINANCIAL AFFIDAVIT FILED |
| 2/7/2023 | ORDER: PRETRIAL COURTESY SUPERVISION GRANTED |
| 2/7/2023 | ORDER: GRTD BND $100000 H/O CD |
| 2/8/2023 | |
| 2/8/2023 | Defendant MORALES, ERIC appeared without counsel |
| 2/8/2023 | ORDER: PRETRIAL COURTESY SUPERVISION GRANTED |
| 2/8/2023 | Reset By Operation Of Law, 3/31/2023 09:00 AM Arraignment |
| 3/31/2023 | |
| 3/31/2023 | ORDER: PTRL COURTESY SUPV AMND |
| 3/31/2023 | Reset Upon Defense Request, 7/18/2023 09:00 AM Motion Hearing |
| 7/18/2023 | |
| 7/18/2023 | Reset Upon Defense Request, 10/25/2023 09:00 AM Motion Hearing |

| | |
|---|---|
| 10/25/2023 | |
| 10/25/2023 | Defendant MORALES, ERIC appeared with counsel DEBORDE, NICOLE WIGNALL. |
| 10/25/2023 | Reset Upon Defense Request, 1/25/2024 09:00 AM Pre-Trial Conference |
| 1/25/2024 | |
| 1/25/2024 | Defendant MORALES, ERIC appeared with counsel DEBORDE, NICOLE WIGNALL. |
| 1/25/2024 | PROBABLE CAUSE FOUND, STATUTORY WARNINGS GIVEN TO DEFENDANT |
| 1/25/2024 | ORDER: PTRL SUPERVISION BOND CONDITIONS AMENDED |
| 1/25/2024 | Reset Upon Defense Request 5/02/2024 09:00 AM Pre-Trial Conference |
| 5/2/2024 | |
| 5/2/2024 | On Docket In Error, 5/02/2024 09:00 AM Pre-Trial Conference |

Unofficial Copy Office of Marilyn Burgess District Clerk