United States District Court
Southern District of Texas
**ENTERED**
October 23, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| LARHONDA BIGGLES, as ADMINISTRATRIX OF THE ESTATE JAQUAREE SIMMONS<br><br>Plaintiff<br><br>v.<br><br>HARRIS COUNTY, TEXAS, et al.<br><br>Defendants. | Case No. 4:22-CV-3326 |

ORDER GRANTING MOTION TO WITHDRAW

Having considered the Motion for Leave To Withdraw filed October 17, 2024, and for good cause shown, the Court finds that said motion should be sustained and that Stephen H. Weil should be withdrawn from this matter. Plaintiff will continue to be represented by attorneys Jon Loevy, David Owens, Quinn Rallins, and Thomas M. Hanson of Loevy & Loevy.

Dated this October 22, 2024.

_____
Hon. Charles Eskridge
United States District Judge