IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LARHONDA BIGGLES, as  ADMINISTRATRIX OF THE ESTATE  JAQUAREE SIMMONS | § § § § | |
| *Plaintiff,* | § | CIVIL ACTION NO. 4:22-CV-3326 |
| | § | |
| v. | § | |
| | § | |
| HARRIS COUNTY, et al. | § § | |
| *Defendants.* | | |

### DEFENDANT'S NOTICE OF APPEARANCE OF CO-COUNSEL

Please take notice that Susanah Mitcham hereby enters her appearance of record for Defendant Harris County. Gregory Burnett will remain as attorney-in-charge.

Pursuant to Rule 5 of the Federal Rules of Civil Procedure, please direct and serve all further notices and copies of pleadings, papers, and other material relevant to this action to:

**SUSANNAH MITCHAM**
Assistant County Attorney
State Bar No. 240107219
1019 Congress
Houston, Texas 77002
(713) 274-5343 (telephone)
Susannah.mitcham@cao.hctx.net

1

        Respectfully submitted,

        **CHRISTIAN D. MENEFEE**
        HARRIS COUNTY ATTORNEY

        **JONATHAN G. C. FOMBONNE**
        DEPUTY COUNTY ATTORNEY AND FIRST ASSISTANT

        **NATALIE G. DELUCA**
        MANAGING COUNSEL,
        DEFENSIVE LITIGATION, EMPLOYMENT, & REAL ESTATE DIVISIONS
        Respectfully submitted,

        **GREGORY BURNETT**
        Assistant County Attorney
        ATTORNEY-IN-CHARGE
        Federal ID No. 3785139
        State Bar No. 24057785
        Phone: (832) 570-5224 (direct)
        gregory.bnurnett@harriscountytx.gov

By:   */s/ Susannah Mitcham*
        **SUSANNAH MITCHAM**
        Assistant County Attorney
        State Bar No. 24107219
        Tel: (713) 274-5343 (direct)
        susannah.mitcham@harriscountytx.gov

        **OFFICE OF THE HARRIS COUNTY ATTORNEY**
        Harris County Attorney's Office
        1019 Congress
        Houston, Texas 77002

        **ATTORNEYS FOR DEFENDANT HARRIS COUNTY**

## CERTIFICATE OF SERVICE

I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing to the parties.

*/s/Susannah Mitcham*
SUSANNAH MITCHAM