**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| LARHONDA BIGGLES, | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 4:22-cv-03326 |
| | § | |
| v. | § | Judge Charles Eskridge |
| | § | |
| HARRIS COUNTY, TEXAS, et al., | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S STATUS REPORT**

Pursuant to the Court's order on March 11, 2026 (Dkt. 145), Plaintiff Larhonda Biggles, through her undersigned counsel, Loevy & Loevy, submits the following status report:

1. Plaintiff filed this civil action on September 28, 2022, naming as Defendants each of the 17 correctional officers. Dkt. 51.

2. On January 28, 2026, Plaintiff respectfully moved the Court for a partial lifting of stay in this case to permit the taking of discovery against all Defendant Officers, except Defendant Eric Morales, who had been indicted. Dkt. 124.

3. This Court denied Plaintiff's motion given Morales's criminal trial was set for April 6, 2026, and ordered Plaintiff to file a status report upon the conclusion or continuance of the criminal trial. Dkt. 145.

4. On April 10, 2026, the Harris County District Attorney's Office moved to dismiss the criminal complaint against Defendant Morales. Exhibit A (State's Motion to Dismiss).

5. On April 10, 2026, the state court ordered the complaint dismissed. Exhibit B (Order of Dismissal).

6. Accordingly, given that the criminal charges have been dismissed, the stay of this

matter should be lifted and discovery ordered to commence.

Date: April 15, 2026

Respectfully submitted,

By: /s/Thomas M. Hanson
Thomas M. Hanson
Texas Bar No. 24068703

/s/Quinn K. Rallins
Quinn K. Rallins
*Pro hac vice*
Attorney-in-charge
Illinois Bar No. 6291026

Thomas Hanson
Jonathan Loevy *pro hac vice*
David B. Owens *pro hac vice*
Quinn Rallins *pro hac vice*
Loevy & Loevy
311 N. Aberdeen Street
Chicago, IL 60607
312-243-5900
rallins@loevy.com

**CERTIFICATE OF SERVICE**

I, Quinn Rallins, an attorney, certify that on April 15, 2026 I filed the foregoing document via the Court's CM/ECF system, effecting service on all counsel of record.

/s/Quinn Rallins