Filed 26 April 10 P1:32
Marilyn Burgess - District Clerk
Harris County

**CAUSE NO. 193136401010**

| | | | |
|---|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE 174TH DISTRICT COURT** | Pgs-1 |
| **VS.** | § | **OF** | |
| **MORALES, ERIC** | § | **HARRIS COUNTY, TEXAS** | DIJDG (999- DIDISM (999) |

OFFENSE: AGG ASSAULT BY PUBLIC SERVANT

## MOTION TO DISMISS

The State respectfully requests the Court to dismiss the above entitled and numbered criminal action for the following reason: **Cannot prove beyond a reasonable doubt at this time. Subject to refile.**

EXPLANATION: Subject to refile upon obtaining additional evidence.

WHEREFORE, PREMISES CONSIDERED, it is requested that the above entitled and numbered cause be dismissed.

Respectfully submitted,

GIBSON, JARRELL DEON
Assistant District Attorney
Harris County District Attorney's Office
TBC No. 24124702
GIBSON_JARRELL@DAO.HCTX.NET

## ORDER AND NOTICE

The foregoing motion having been presented to me on April 10, 2026, and the same having been considered, it is, therefore, ORDERED, ADJUDGED and DECREED that the above-styled and numbered cause is hereby dismissed.

| | |
|---|---|
| NOTICE: | Pursuant to Article 38.50(d) of the Code of Criminal Procedure, the Court is notifying you that any toxicological evidence collected in your case pursuant to an investigation or prosecution of an offense under Chapter 49 of the Penal Code does not have to be retained or preserved and may be destroyed pursuant to the authority of Article 38.50(c)(3) and (e) if your indictment or information has been dismissed with prejudice. |

SIGNED AND ENTERED on April 10, 2026.

Judge Presiding
Harris County 174th District Court
Harris County, Texas

Certified Document Number: 126078239 - Page 1 of 1

I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this April 10, 2026

Certified Document Number: 126078239 Total Pages: 1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**