Filed 26 April 10 P1:34
Marilyn Burgess - District Clerk
Harris County

C87 M1 (COURT ORDER) IN THE 174th DISTRICT COURT

CAUSE NO. 193136401010 OF HARRIS COUNTY, TEXAS

THE STATE OF TEXAS

VS. AGG ASSAULT BY PUBLIC SERVANT

MORALES, ERIC

TO THE SHERIFF OF HARRIS COUNTY, TEXAS: GREETINGS

BY ORDER OF THE COURT ON April 10, 2026 THE FOLLOWING ACTION IS DIRECTED IN THE ABOVE STYLED AND NUMBER CAUSE:

(XX) COMPLAINT DISMISSED

WITNESS MY HAND AND SEAL OF OFFICE AT HOUSTON, TEXAS, THIS April 10, 2026 AT 10:52 AM

SNU: 999 , DISTRICT CLERK

INITIATING DEPUTY: C RANDLER HARRIS COUNTY, TEXAS

BY Marilyn Burgess
DEPUTY

Certified Document Number: 126078344 - Page 1 of 1

I, Marilyn Burgess, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this April 14, 2026

Certified Document Number: 126078344 Total Pages: 1

Marilyn Burgess, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 51.301 and 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**